## FELLOM ET AL. v. REDEVELOPMENT AGENCY OF THE CITY AND COUNTY OF SAN FRANCISCO ET AL.

No. 323.   Decided October 27, 1958.

Appellants *pro se*.

*Dion R. Holm* and *George E. Baglin* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.